UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| XOCHILT RODRIGUEZ, | ) | No. CV 16 – 8225 FFM |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND DOLLARS AND 00/100 ($1,000.00) subject to the terms of the stipulation.

IT IS SO ORDERED.

DATED: January 23, 2018

/S/ Frederick F. Mumm
FREDERICK F. MUMM
United States Magistrate Judge

-1-